**No. 42974.**—Protest 990529–G of Dan Brechner & Co. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise consists of balls in chief value of paper the same as those the subject of Abstract 40492. The claim at 35 percent under paragraph 1413 was therefore sustained.